```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CHARLES F. McGRATH,                   :
                                      :
                 Plaintiff,           :    10 Civ. 4944 (JSR)(JCF)
                                      :
            -v-                       :    ORDER
                                      :
THOMSON REUTERS,                      :
                                      :
                 Defendant.           :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On April 30, 2012, the Honorable James C. Francis, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court grant the defendant's motion for summary judgment. Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Moreover, even construing the plaintiff's "Response to Judge Francis' 'Report and Recommendation' and Offer to Settle," which the plaintiff submitted on May 8, 2012, as an objection,[1] the Court, after conducting the appropriate de novo review of the underlying record, finds itself in complete agreement with Magistrate Judge Francis's Report and

---

[1] Plaintiff's submission does not object to Magistrate Judge Francis's Report and Recommendation, however, but instead asserts that his claims of harassment and discrimination have "been proved to be true" and offers to settle his claims for $300,000.

Recommendation and hereby adopts its reasoning by reference. Clerk to enter judgment.

    SO ORDERED.

                                                                  JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June __, 2012